IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL RICHARDSON,

    Petitioner,                   No. CIV S-06-1731 ALA HC

    vs.

CLAUD FINN,

    Respondent.              <u>ORDER</u>

_____/

    Petitioner Michael Richardson is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Since Petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, Respondent will be directed to file a response to Petitioner's habeas petition.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondent is directed to file a response to Petitioner's habeas petition within thirty-five (35) days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. *See* Rule 5, Fed. R. Governing § 2254 Cases;

    2. If the response to the habeas petition is an answer, Petitioner's reply, if any, shall be filed and served within thirty-five (35) days after service of the answer;

1

1       3. If the response to the habeas petition is a motion, Petitioner's opposition or
2 statement of non-opposition to the motion shall be filed and served within thirty-five (35) days
3 after service of the motion, and Respondent's reply, if any, shall be filed and served within
4 fourteen (14) days thereafter; and
5       4. The Clerk of the Court shall serve a copy of this order together with a copy of
6 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
7 Senior Assistant Attorney General.
8 /////
9 DATED: December 21, 2007

                                    /s/ Arthur L. Alarcón
                                    UNITED STATES CIRCUIT  JUDGE
                                    Sitting by Designation