IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL RICHARDSON,

    Petitioner,                 No. CIV S-06-1731 ALA HC

    vs.

CLAUD FINN,

    Respondent.               ORDER

_____/

    Respondent has requested an extension of time to file a response pursuant to the court's order of December 21, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's January 22, 2008, request for an extension of time is granted; and

    2. Respondent is granted thirty-five (35) days from the date of this order in which to file a response.  Petitioner's traverse or opposition shall be filed thirty-five (35) days thereafter.

/////

DATED: January 24, 2008

                                   /s/ Arthur L. Alarcón
                                   UNITED STATES CIRCUIT JUDGE
                                   Sitting by Designation

1