IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL RICHARDSON,

    Petitioner,                     No. CIV S-06-1731 ALA HC

    vs.

CLAUD FINN,

    Respondent.                 <u>ORDER</u>

_____/

    Petitioner Michael Richardson is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 25, 2008, respondent filed an answer to the petition. Petitioner will now be directed to file a traverse.

/////

    Therefore, IT IS HEREBY ORDERED that petitioner file a traverse to respondent's February 25, 2008, answer within thirty-five (35) days of the date of this order.

/////

DATED: February 27, 2008

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation