IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL RICHARDSON,

       Petitioner,               No. CIV S-06-1731 ALA HC

     vs.

CLAUD FINN,

       Respondent.        <u>ORDER</u>

_____/

      Petitioner Michael Richardson is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 6, 2006, petitioner filed a motion for a stay and abeyance of the determination of his first amended habeas petition.  On October 12, 2007, petitioner filed a second amended petition.  Petitioner's December 6, 2006, motion is therefore moot.

      Therefore, IT IS HEREBY ORDERED that petitioner's December 6, 2006, motion for a stay and abeyance is DENIED as moot.

/////

DATED: March 25, 2008

                            /s/ Arthur L. Alarcón
                            UNITED STATES CIRCUIT  JUDGE
                            Sitting by Designation